# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOE D. HOUPE AND ANNIE M. HOUPE,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              CASE NO. 5:12CV81

WELLS FARGO BANK, N.A.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 6, 2012, Order.

                                             Signed: July 6, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court